MEMO ENDORSED

# LAW OFFICES OF
# MURRAY RICHMAN
### and Associates

2027 Williamsbridge Rd., Bronx, NY 10461
Tel (718) 892-8588 | Fax (718) 518-0674
mrichman_mr@msn.com

June 22, 2020

The Honorable Kenneth M. Karas
United States District Court Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

RE:   United States v. John Nassar,
      Docket No. 0208 7:S3 17CR00202-010 (KMK)

Dear Judge Karas,

This letter is respectfully submitted on behalf of Mr. John Nassar. In response to the People's letter dated June 19, 2020, I would like to clarify Mr. Nassar's release date. The People stated Mr. Nassar is scheduled to be released on July 8, 2021. However, Mr. Nassar has recently been approved for work release on December 1, 2020.

Thank you very much for your time and consideration.

Sincerely,

Murray Richman, Esq.

---

Application for compassionate release under Section 3582 is denied. Mr. Nassar bases his application principally on the fact that he is obese and that obesity is a risk factor in the current COVID pandemic. This does not, however, make out an extraordinary or compelling reason for early release. FCI Danbury has undertaken measures to reduce the reach of the pandemic, as evidenced by the fact that there is only one positive case. Thus, while Mr. Nassar is indeed at a somewhat higher risk given his obesity, that risk will go whereever he goes and does not justify his release. Moreover, an early release would not promote respect for the law given the serious and violent nature of Mr. Nassar's conduct that led to his conviction. Put another way, consideration of the Section 3553(a) factors also cuts against early release.

So Ordered.   6/23/20

1