MEMO ENDO[RSED]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,

           -v-

JOHN NASSAR,

           Defendant.
-------------------------------------------------------X

**NOTICE OF MOTION**

17 CR 00202 (KMK)

Granted.

So Ordered.
/s/ KMK 3/21/23

SIRS:

PLEASE TAKE NOTICE that upon the annexed affirmation of MURRAY RICHMAN, ESQ., dated March 20, 2023, and upon all proceedings previously held herein, the defendant JOHN NASSAR, will move this Court before the Honorable Judge Kenneth M. Karas, located at the United States Court House, 300 Quarropas Street, White Plains, New York, for an order granting the relief requested in counsel's annexed affirmation.

Dated: Bronx, New York
       March 20, 2023

Respectfully Submitted,

MURRAY RICHMAN, ESQ.
Attorney for Defendant
2027 Williamsbridge Road
Bronx, New York 10461
(718) 892-8588